UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:19 CR 0411-7   RLW/JMB ) |
| DESTIN WHITE, | ) ) ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the recommendation of the Pretrial Services Office to modify the Defendant's conditions of release. The modifications are as follows:

1) Defendant must submit to testing for a prohibited substance if required by the Pretrial Services Office. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance abuse screening or testing. The Defendant may not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

2) Defendant must not use alcohol excessively.

3) Defendant must not use or unlawfully possess a narcotic drug or other controlled substance as defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.

4) Defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the Pretrial Services Office.

5) Defendant must report every contact with law enforcement personnel, including arrests, questioning, or traffic stops, to the Pretrial Services Officer as soon as possible.

6) Defendant must avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution including co-defendants.

7) Defendant must not possess a firearm, destructive device, or other weapon.

8) Defendant must remain within the Northern District of Ohio unless traveling to the Eastern District of Missouri for Court.

SO ORDERED:

/s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of July, 2019.