**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 4:19-CR-411 RLW |
| ) | |
| DESTIN WHITE ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Defendant Destin White's Amended Motion to Travel to Nevada on November 26, 2020, and return on November 28, 2020, to spend Thanksgiving with his family. (ECF No. 420.) The Motion states that the Government and the Pretrial Services Officer do not oppose the motion. After careful consideration, the Court grants the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Destin White's Amended Motion to Travel (ECF No. 420) is **GRANTED on the following Conditions**:

1. Defendant may travel from St. Louis, Missouri, to Nevada from November 26, 2020, until November 28, 2020, for the purpose of spending Thanksgiving with his family.

2. Defendant must travel directly from St. Louis, Missouri, to Nevada and back. Defendant may not visit any other location for any purpose.

3. Defendant remains subject to all other conditions of release imposed on him by this Court.

4. Prior to travel, Defendant must notify the United States Pretrial Services Office of his exact itinerary, provide all documentation required by that office, and agree to comply with all other requirements imposed by his Supervising Pretrial Services Officer.

**SO ORDERED**.

*/s/ Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 20th day of November, 2020..