# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:19-CR-411 RLW |
| DESTIN WHITE, | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's Motion for Sentencing Hearing to be Conducted by Videoconference (ECF No. 802), is **GRANTED**.

**IT IS FURTHER ORDERED** that the sentencing hearing as to Defendant Destin White is reset to **Tuesday, September 21, 2021**, at **9:30 a.m.**  This is a time change and a format change.

**Defendant and all parties will appear by Zoom videoconference**.  Hearing participants will receive a separate email with a link to join the hearing by Zoom.

Members of the general public who wish to listen in to the hearing are directed to call the following number to participate by phone:  1-669-254-5252, Meeting ID:  161 838 3209.  Non-case participants must remain muted throughout the entire proceedings.  Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge.  This includes proceedings ordered by the Court to be conducted by phone or video.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 14th day of September, 2021.